1  BRODSKY MICKLOW BULL & WEISS, LLP
   Philip E. Weiss, Esq. (No. 152523)
2  2608 Shelter Island Drive, Suite 202
   San Diego, California 92106
3  Telephone: (619) 225-8884
   Facsimile: (619) 225-8801
4
   Attorneys for Plaintiff
5
   Waterfront Newport Beach, LLC
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  WATERFRONT NEWPORT BEACH, LLC., a California Limited Liability Corporation,<br>12<br>         Plaintiff,<br>13<br>   v.<br>14<br>   P/V ENDEAVOR, U.S.C.G. Official No. 582496, a vessel approximately 109.6-feet in length and 28.3-feet in breadth, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*, and AMERICAN YACHT CHARTERS, INC., a California corporation, *in personam*,<br>         Defendant. | Case No. SACV10-01492 JVS (RNBx)<br><br>IN ADMIRALTY<br><br>DECLARATION OF SERVICE<br><br>F.R.C.P. Supplemental Admiralty Rules C and E.<br><br>46 U.S.C. Sections 30101-31343 |

                    **DECLARATION OF SERVICE**

           STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

   I am employed in San Diego County, State of California. I am over the age of eighteen (18) and not a party to this action; my business address is 2608 Shelter Island Drive, Suite 202, San Diego, CA 92106. On October 15, 2010, I served the following document(s) described as:

   – Initial Order Following Filing of Complaint Assigned To Judge Selna

on the interested parties in Case No. SACV10-01492 JVS (RNBx) by delivering [_] the original

DECLARATION OF SERVICE                                                        1
                                                           Case No. SACV10-01492 JVS (RNBx)

1  [X] a true copy thereof to:

2  Theodore Adkinson, Esq. (Attorney for P/V ENDEAVOR & American Yacht Charters, Inc.)
   Coppenrath & Associates
3  400 Oceangate, Suite 700
   Long Beach, CA   90802
4
   Bill Dysart, Esq.   (Attorney for Ciena Capital LLC, Holder of Preferred Ship Mortgage)
5  Wright & L'Estrange
   401 W 'A' Street, Suite 2250
6  San Diego, CA   92101

7  Michael W. Battin   (Agent for Service of Process for Endeavor Charters, Inc.)
   Navigato & Battin LLP
8  755 W "A" Street, Suite 150
   San Diego, CA   92101
9

10  [X]   (BY MAIL AS INDICATED ABOVE): As follows: I am "readily familiar" with the firm's

11  practice of collection and processing correspondence for mailing. Under that practice it would be

12  deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego,

13  California in the ordinary course of business. I am aware that on motion of the party served, service

14  is presumed invalid if postal cancellation date or postage meter date is more than one day after

15  deposit for mailing in affidavit.

16  [ ]   (BY CERTIFIED U.S. MAIL, AS INDICATED ABOVE): As follows: I am "readily

17  familiar" with the firm's practice of collection and processing correspondence for mailing. Under

18  that practice it would be deposited with U.S. Postal Service on that same day with postage thereon

19  fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion

20  of the party serviced, service is presumed invalid if postal cancellation date or postage meter date is

21  more than one day after deposit for mailing in affidavit.

22  [ ]   (STATE):   I declare under penalty of perjury under the laws of the State of California that

23  the foregoing is true and correct.

24  [X]   (FEDERAL): I declare that I am employed in the office of a member of the bar of this court

25  at whose direction the service was made.

26

27  Dated: 10/15/2010                              _____
                                                   Tamara Geehan
28

DECLARATION OF SERVICE

2
Case No. SACV10-01492 JVS (RNBx)