BRODSKY MICKLOW BULL & WEISS, LLP
Philip E. Weiss, Esq. (No. 152523)
2608 Shelter Island Drive, Suite 202
San Diego, California 92106
Telephone: (619) 225-8884
Facsimile: (619) 225-8801

Attorneys for Plaintiff

Waterfront Newport Beach, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATERFRONT NEWPORT BEACH, LLC., a California Limited Liability Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>P/V ENDEAVOR, U.S.C.G. Official No. 582496, a vessel approximately 109.6-feet in length and 28.3-feet in breadth, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*, and AMERICAN YACHT CHARTERS, INC., a California corporation, *in personam*,<br><br>    Defendant. | Case No. SACV10-01492 JVS (RNBx)<br><br>IN ADMIRALTY<br><br>DECLARATION OF SERVICE<br><br>F.R.C.P. Supplemental Admiralty Rules C and E.<br><br>46 U.S.C. Sections 30101-31343 |

## DECLARATION OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in San Diego County, State of California. I am over the age of eighteen (18) and not a party to this action; my business address is 2608 Shelter Island Drive, Suite 202, San Diego, CA 92106. On December 27, 2010, I served the following document(s) described as:

— Order Setting Rule 26(f) Scheduling Conference

on the interested parties in Case No. SACV10-01492 JVS (RNBx) by delivering [_] the original

1    [X] a true copy thereof to:

2       Theodore Adkinson, Esq. (Attorney for P/V ENDEAVOR & American Yacht Charters, Inc.)
Coppenrath & Associates
3       400 Oceangate, Suite 700
Long Beach, CA   90802

4

5       Bill Dysart, Esq.   (Attorney for Ciena Capital LLC, Holder of Preferred Ship Mortgage)
Wright & L'Estrange
401 W 'A' Street, Suite 2250
6       San Diego, CA   92101

7       Michael W. Battin   (Agent for Service of Process for Endeavor Charters, Inc.)
Navigato & Battin LLP
8       755 W "A" Street, Suite 150
San Diego, CA   92101

9

10 [X]   **(BY MAIL AS INDICATED ABOVE):** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

16 [ ]   **(BY CERTIFIED U.S. MAIL, AS INDICATED ABOVE):** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party serviced, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

22 [ ]   **(STATE):**   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

24 [X]   **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated: 12/27/2010   *Tamara Geehan* (signature)

Tamara Geehan

DECLARATION OF SERVICE       2

Case No. SACV10-01492 JVS (RNBx)