## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-1492-JST(RNBx) | Date | December 3, 2012 |
|---|---|---|---|
| Title | WATERFRONT NEWPORT BEACH LLC, etc., et al. v. P/V ENDEAVOR U S C G, etc., et al. | | |

| Present: The Honorable | JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE |
|---|---|

| Ellen Matheson | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE**


        Plaintiff, having filed nothing further with this Court since the status report dated August 17, 2012 (Doc. 70), is hereby ordered to show cause no later than December 14, 2012, as to why this case should not be dismissed.  Failure to timely respond will result in the immediate dismissal of this action.


                                                    _____ : _____

                            Initials of Preparer          enm