JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATERFRONT NEWPORT BEACH, LLC., a California Limited Liability Corporation,<br><br>Plaintiff,<br><br>v.<br><br>P/V ENDEAVOR, U.S.C.G. Official No. 582496, a vessel approximately 109.6-feet in length and 28.3-feet in breadth, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*, and AMERICAN YACHT CHARTERS, INC., a California corporation, *in personam*,<br><br>Defendant.<br>_____<br>U.S. BANK NATIONAL ASSOCIATION, an Ohio corporation<br><br>Plaintiff-in-Intervention,<br><br>v.<br><br>P/V ENDEAVOR, U.S.C.G. Official No. 582496, a vessel approximately 109.6-feet in length and 28.3-feet in breadth, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*, and AMERICAN YACHT CHARTERS, INC., a California corporation, *in personam*; ENDEAVOR YACHT CHARTERS, INC., STUART SITKO, an individual; ANDREA WAITE, an individual; and DOES 1 through 10,<br><br>Defendants-in-Intervention | Case No. SACV10-01492 JST (RNBx)<br><br>IN ADMIRALTY<br><br>JUDGMENT AND ORDER REQUIRING DISBURSEMENT OF FUNDS |

This matter came before the Court on Plaintiff WATERFRONT NEWPORT BEACH, LLC ("WATERFRONT") and Plaintiff-in-Intervention U.S. BANK NATIONAL ASSOCIATION's ("USB") Joint Motion For Default Judgment By Court. [Docket No. 72]. Pursuant to Order of this Court, the parties filed supplemental briefing. [Docket Nos. 78, 79]. The Joint Motion was unopposed.

Pursuant to the Court's April 30, 2013 Order granting WATERFRONT and USB's Joint Motion for Default Judgment By Court, IT IS HEREBY ADJUDGED as follows:

Plaintiff WATERFRONT shall have judgment against Defendants P/V Endeavor and American Yacht Charters, Inc.

Plaintiff WATERFRONT is entitled to $13,870.98 held by the Registry of the Court, together with any accrued interest, and it is accordingly Ordered that the Registry of the Court shall, forthwith, withdraw and distribute such sums to WATERFRONT, at the following address: Waterfront Newport Beach, LLC, 2901 West Coast Highway, Suite 200, Newport Beach, California 92663.

Plaintiff WATERFRONT is also entitled to recover, jointly and severally, $270,468.50 from Defendants P/V Endeavor and American Yacht Charters, Inc.

Plaintiff-in-Intervention U.S. Bank shall have judgment against Defendants Endeavor Charters, Inc.; P/V Endeavor; and American Yacht Charters, Inc.

Plaintiff-in-Intervention U.S. Bank is entitled to recover, jointly and severally, $2,014,410.10 from Defendants Endeavor Charters, Inc.; P/V Endeavor; and American Yacht Charters, Inc.

Dated: July 10, 2013

The Honorable JOSEPHINE STATON TUCKER
United States District Judge